UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DARRIN W. SHATNER )
      Plaintiff )
)
-V- ) Case No.: 12-C-0861
)
G. Taylor et al, )
      Defendant(s) ) The Honorable John W. Darrah
) Presiding

## MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT, IF THE HONORABLE COURT FINDS THE AMENDED COMPLAINT INSUFFICIENT

    Now come the Plaintiff, by and through himself Pro-Se, respectfully requesting that this Honorable Court grant him a 30 day continuance to file his amended complaint in the above entitled cause, if this Honorable Court should find his current amendment insufficient.

SUPPORT PLAINTIFF STATES THE FOLLOWING:

1)    That on March 6, 2012, The Plaintiff received a order from this Honorable Court, Ordering Plaintiff to Pay a $350.00 filing fee and file a amended complaint within 30 days of the ORDER, the order was dated February 15, 2012. See attached Affidavit of Plaintiff.

2)    The Plaintiff is not a attorney and is doing his best to comply with this Honorable Court's order to amend his complaint.

3)    That upon receipt of this honorable Court's ORDER on March 6, 2012, Plaintiff filled out and signed a Offender request for Payment to have a check issued to the Clerk of the Court of this Honorable Court in the amount of $350.00, See Attached Affidavit.

(1)

4) That since the Plaintiff received this Honorable Court's ORDER with only NINE (9) days to compile and file a amended complaint that if this Honorable COurt finds Plaintiff's attempt to amend insufficient this Honorable Court will grant a 30 day extension of time to file a amendment to his complaint.

WHEREFORE the Plaintiff prays that this Honorable Court will take into consideration that through no fault of his own, he was not given enough time to properly file a amended complaint and will grant the 30 day extension as requested if this Honorable Court deems Plaintiff's attempt to be insufficient.

Respectfully Submitted: *Darrin Shatner*

DARRIN W. SHATNER
Plaintiff
I.D. NO.B42950
P.O. BOX 1000
Menard, Il.
62259-1000

Sworn and Subscribed to

Before me this 14 Day of March, 2012.

*Jodi A. Suhre*
Notary Public

> OFFICIAL SEAL
> JODI A. SUHRE
> Notary Public, State of Illinois
> My Commission Expires 04-06-2015

(2)