STATE of ILLINOIS  )
                   )
COUNTY of RANDOLPH )  12 C 861

**FILED** MAR 20 2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## AFFIDAVIT

I, Darrin W. Shatner, under oath and penalty of perjury as set forth in 735 I.L.C.S. 5/1-109, state the following:

1) I am over eighteen years old and competent to make this statement.

2) No threats or promises have been made to me. I am making this statement of my own free will.

3) That on March 6, 2012, I received by way of United State mail through the Menard Correctional Center Mail system a envelope from the Clerk of the Court for the United State District Court for the northern District of Illinois. the envelope was post marked March 2, 2012. The envelope contained a Order from the Honorable John W. Darrah, concerning case No. 12-C-0861, Darrin W. Shatner (B42950) -v- G. taylor, et al.

4) The enclosed order was dated February 15, 2012. It was a ORDER directing Plaintiff (MYSELF) to pay $350.00 filing fee and to amend his complaint within 30 days. that on March 6, 2012 I filled out and placed in the institutional mail system request for check of $350.00 be sent to the Clerk of the U.S. Dist. Court.

Signed: _Darrin Shatner_
Darrin W. Shatner

Sworn to and Subscribed to
Before Me this 14 Day of March 2012.

_Jodi A. Suhre_
Notary Public

OFFICIAL SEAL
JODI A. SUHRE
Notary Public, State of Illinois
My Commission Expires 04-06-2015