DATE; MARCH 14, 2012

**FILED**

TO: THE CLERK OF THE COURT FOR THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
ATTN. PRISONER CORRESPONDENT

MAR 20 2012

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

FROM; DARRIN W. SHATNER
REG. NO. B42950
P.O. BOX 1000
MENDAR, IL. 62259-1000

RE: ENCLOSED DOCUMENTS FOR CASE NO. 12-C-0861

TO WHOM IT MAY CONCERN;

    I JUST WISH TO ADVISE THE CLERK OF THE COURT THAT MENARD CORRECTIONAL CENTER IS CURRENTLY ON LOCK DOWN STATUS, AND HAS BEEN FOR THE LAST THREE WEEKS. DUE TO THE LOCK DOWN STATUS, MENARD IS NOT DOING ANY COPYING OF LEGAL WORK. SO I WAS FORCED TO TYPE OUT THE REQUIRED COPIES OF THE ENCLOSED DOCUMENTS. THIS FORM OF REPRODUCTION CAN CAUSE TYPING ERRORS TO OCCURE OCCUR. I JUST WANT TO EXPLAIN WHY THESE ERRORS APPEAR IN THE ENCLOSED DOCUMENTS. I DID THE BEST I COULD.

    I AM REQUESTING THAT ONE COPY BE RETURNED TO ME FILE STAMPED. I THANK YOU IN ADVANCE FOR YOUR TIME AND UNDERSTANDING IN THIS MATTER.

RESPECTFULLY: *Darrin W. Shatner*
DARRIN W. SHATNER

P.S. I was able to get Notory & The Notary pages only Copied, Thus. Mail Box Rule. applies. right? I am greatiful to you in this matter so again Thank you.

Sincerely, D Shatner